■ ANDREW MORRISON, Respondent, v COMMAND SECURITY CORPORATION et al., Respondents, and HUDSON GENERAL CORPORATION, Appellant. [711 NYS2d 887] —Order, Supreme Court, New York County (Beverly Cohen, J.), entered January 4, 2000, unanimously affirmed for the reasons stated by Cohen, J., without costs or disbursements. No opinion. Concur—Ellerin, J. P., Rubin, Saxe and Buckley, JJ.